IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**UNITED STATES OF AMERICA**

v.     CRIMINAL NO. 2:18-CR-00142

**JOSHUA MORRISON**

## MOTION OF THE UNITED STATES TO SCHEDULE GUILTY PLEA HEARING

Comes now the United States of America, by Emily J. Wasserman, Assistant United States Attorney for the Southern District of West Virginia, and respectfully requests the Court to set a date, time, and location for a guilty plea hearing to be held with regard to the above-styled case.

Respectfully submitted,

MICHAEL B. STUART
United States Attorney

By:

/s/Emily J. Wasserman
EMILY J. WASSERMAN
Assistant United States Attorney
CO State Bar No. 48509
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone:  304-345-2200
Fax: 304-347-5104
Email:  emily.wasserman@usdoj.gov

**CERTIFICATE OF SERVICE**

It is hereby certified that the foregoing "Motion of the United States to Schedule Guilty Plea Hearing" has been electronically filed and service has been made on counsel by virtue of such electronic filing this the 5th day of July, 2018, to:

>Rhett H. Johnson
>Assistant Federal Public Defender
>300 Virginia Street East, Room 3400
>Charleston, WV 25301
>Email:  rhett_johnson@fd.org

>/s/Emily J. Wasserman
>EMILY J. WASSERMAN
>Assistant United States Attorney
>CO State Bar No. 48509
>300 Virginia Street, East
>Room 4000
>Charleston, WV 25301
>Telephone:  304-345-2200
>Fax: 304-347-5104
>Email:  emily.wasserman@usdoj.gov